# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTOPHER W. ROBINSON,**

    **Petitioner,**

    **vs-**                                                 No. 04-CV-496 DRH
                                                                 Criminal No. 01-CR-30173 DRH

**UNITED STATES OF AMERICA,**

    **Respondent.**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This action came before the Court for a ruling on the petitioner's motion to vacate, set aside, or correct the sentence pursuant to **28 U.S.C. §2255.**

    **IT IS ORDERED AND ADJUDGED** that the motion is **DENIED** and this case is **DISMISSED with prejudice**.

                                                                  **NORBERT G. JAWORSKI, CLERK**

September 26, 2007                                      BY:  s/Patricia Brown
                                                                          Deputy Clerk

APPROVED: /s/        DavidRHerndon
                    **U.S. DISTRICT JUDGE**